Herbert YERID

v.

OKONITE COMPANY.

Nos. 87–12–M.P., 87–33–M.P. and 87–45–M.P.

Supreme Court of Rhode Island.

Dec. 1, 1988.

Raul L. Lovett, Marc B. Gursky (Lovett, Schefrin & Gallogly, Ltd.), Providence, for plaintiff.

Michael D. Lynch, Higgins, Cavanagh & Cooney, Providence, for defendant.

## OPINION

PER CURIAM.

The final decree of the Workers' Compensation Commission is affirmed by an equally divided court.

KELLEHER, J., took no part in the consideration or decision of this case.